Hon. Grady J. Leupold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PERIDOT TREE WA, INC., | Civil No. 3:23-cv-06111-GJL |
| Plaintiff, | DECLARATION OF KENNETH GAY IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| v. | |
| WASHINGTON STATE LIQUOR AND CANNABIS BOARD AND WILLIAM LUKELA. | |
| Defendants. | |

DECLARATION GAY
Civ. No. 3:23-cv-06111-GJL

1

**Jimmy Garg, PLLC**
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790

dotloop signature verification: dtlp.us/Bt32-KeRY-8jVp

## DECLARATION OF KENNETH GAY

I, Kenneth Gay, declare as follows:

1. I am an individual over the age of 18 years. I have personal knowledge of the facts set forth in this Declaration, unless stated on information and belief, and if called upon to do so, I could and would competently testify to them under oath.

2. I make this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

3. I own 51% of the Plaintiff in this action, Peridot Tree WA, Inc.

4. I live in an area of Michigan that was designated by the State of Michigan as having been disproportionately impacted by marijuana prohibition and enforcement and is eligible for Michigan's Social Equity Program for cannabis. I have lived in my current home continuously since 2000.

5. I have never lived in Washington State.

6. I was arrested for growing cannabis in 2007 and convicted of a cannabis offense under Michigan law in 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this <u>December 7, 2023</u>, at Battle Creek, Michigan.

By: *Kenneth Gay*

dotloop verified
12/07/23 8:54 AM EST
QUZQ-8X8J-HB0S-GEMV

Kenneth Gay

DECLARATION GAY
Civ. No. 3:23-cv-06111-GJL

2

Jimmy Garg, PLLC
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790