Hon. Grady J. Leupold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PERIDOT TREE WA, INC., <br><br> Plaintiff, <br> v. <br><br> WASHINGTON STATE LIQUOR AND CANNABIS BOARD AND WILLIAM LUKELA, in his capacity as director of Washington State Liquor and Cannabis Board <br><br> Defendants. | Civil No. 3:23-cv-06111-GJL <br><br> PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE OF JEFFREY M. JENSEN; [PROPOSED] ORDER |

REQUEST FOR REMOTE APPEARANCE
Civ. No. 3:23-cv-06111-GJL

1

**Jimmy Garg, PLLC**
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790

1  On December 8, 2023, Plaintiff Peridot Tree WA, Inc. filed a Motion for Temporary Restraining Order and Preliminary Injunction with a Note Date of December 15, 2023 for the TRO and January 12, 2024 for the preliminary injunction.  Plaintiff requested oral argument.

If the Court elects to hold an oral argument, Plaintiff requests that its counsel, Jeffrey M. Jensen, be permitted to appear by video (preferred) or telephone.  Mr. Jensen lives in Los Angeles and has been admitted pro hac vice for this action.

DATED this December 8, 2023        JIMMY GARG, PLLC

By:  */s/ Jimmy Garg*
Jimmy Garg (WSBA 49049)
300 Lenora Street #1063
Seattle, WA 98121
(206) 580-3790
Local Counsel

*/s/ Jeffrey M. Jensen*
Jeffrey M. Jensen (CA SBN 262710)
(pro hac vice application pending)
9903 Santa Monica Blvd. #890
Beverly Hills, CA 90212
(310) 909-7043
Lead Counsel

*Attorneys for plaintiff Peridot Tree WA, Inc.*

REQUEST FOR REMOTE APPEARANCE
Civ. No. 3:23-cv-06111-GJL

2

**Jimmy Garg, PLLC**
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790

## [PROPOSED] ORDER

It is hereby ORDERED that Plaintiff's counsel may appear by video conference. Plaintiff's counsel shall contact the clerk of court to arrange the video.

Dated December ____, 2023.

_____
District Court Judge

Presented by

_____
Jimmy Garag (WSBA 49049)
JIMMY GARG, PLLC
300 Lenora Street #1063
Seattle, WA 98121
(206) 580-3790

REQUEST FOR REMOTE APPEARANCE
Civ. No. 3:23-cv-06111-GJL

3

**Jimmy Garg, PLLC**
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790