1  JONATHAN PITEL, WSBA #47516
   PENNY L. ALLEN, WSBA #18821
2  SAMANTHA HELLWIG, WSBA #50634
   Counsel for Defendants
3  1125 Washington St SE
   Olympia, WA 98504-0110
4

5

6
                                            The Honorable Tiffany M. Cartwright
7
              UNITED STATES DISTRICT COURT
8            WESTERN DISTRICT OF WASHINGTON
                      AT TACOMA
9
   PERIDOT TREE WA, INC.,                    NO.  3:23-cv-06111-TMC
10
                      Plaintiff,             DEFENDANTS' MOTION FOR
11                                           ENTRY OF FINAL ORDER
        v.                                   PURSUANT TO FRCP 65(A)(2)
12
   WASHINGTON STATE LIQUOR AND               **Noting Date: January 26, 2024**
13 CANNABIS CONTROL BOARD and                Without Oral Argument
   WILLIAM LUKELA, in his legal
14 capacity as Director of Washington State
   Liquor and Cannabis Board,
15
                      Defendants.
16

17        State Defendants request that the Court issue a final order on the merits in this matter, in

18 light of the Court's recent order denying Plaintiff's Motion for Preliminary Injunction. In part,

19 that Order determined that Plaintiff Peridot Tree WA (Peridot) was unlikely to prevail on the

20 merits as "Peridot cannot use the dormant Commerce Clause to demand a constitutional right to

21 participate in an illegal interstate market." ECF No. 33 at 19. That Order renders Plaintiff's

22 claims that Washington's cannabis residency restrictions are unconstitutional invalid as a matter

23 of law, and resolves the entirety of Plaintiff's First Amended Complaint. ECF No. 27.

24        Prior to the Court's order, the parties fully briefed their legal arguments and submitted

25 evidence, which this Court considered. The underlying evidentiary record may be admitted

26 pursuant to FRCP 65(a)(2) at a future trial on the merits and does not need to be repeated. More

DEFENDANTS' MOTION FOR ENTRY
OF FINAL ORDER PURSUANT TO
FRCP 65(A)(2) -- NO. 3:23-CV-06111-
TMC
                                       1
ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington Street SE, PO Box 40110
Olympia, WA 98504-0110
(360) 753-2702

1   importantly, the Court's ruling that the dormant Commerce Clause does not provide Plaintiff
2   with a constitutionally protected right to engage in a federally illegal market fully resolves the
3   legal issues presented in this matter. As Plaintiff argued, "This case presents a pure question
4   of law: does Defendants' residency requirement violate the dormant Commerce Clause." ECF
5   No. 25 at 9. Now that the Court has resolved that issue, there is little benefit to the parties or
6   the Court in prolonging a final ruling on Plaintiff's claims. Instead, a final order would permit
7   Plaintiff to pursue review in the Ninth Circuit Court of Appeals, if they so choose.

8       Although this Court did not convert Plaintiff's preliminary injunction motion into a
9   trial on the merits pursuant to Rule 65(a)(2), it should do so now. Such a ruling would allow
10  the parties and the Court to avoid the time and costs associated with further motions practice
11  or litigation—only to have this Court repeat its prior ruling. This approach is consistent with
12  the guidance provided by the Ninth Circuit. Under Rule 65(a)(2) the court may consolidate a
13  trial on the merits with a preliminary injunction hearing, "before or after beginning the hearing
14  on a motion for a preliminary injunction." A court's consolidation is reviewed for abuse of
15  discretion and "will not be overturned on appeal absent a showing of substantial prejudice in
16  the sense that a party was not allowed to present material evidence." *Michenfelder v. Sumner*,
17  860 F.2d 328, 336 (9th Cir. 1988). And where a complaint rests on legal issues or the "central
18  challenge" of a complaint and preliminary injunction relates to government agency's legal
19  authority to pursue a course of conduct which requires no additional factual development, a
20  final determination on the merits is permitted. *See Slidewaters LLC v. Washington State Dep't.*
21  *of Lab & Indus.*, 4 F.4th 747, 760 (9th Cir. 2021), *cert denied sub nom. Slidewaters LLC v.*
22  *Washington Dep't of Lab. & Indus.*, 211 L. Ed. 2d 487, 142 S.Ct. 779 (2022).

23      Because the Court's Order Denying Motion for Preliminary Injunction decides the
24  entirely legal "central challenge" in this matter, Defendants respectfully request that this Court
25  enter a final order on the merits resolving this matter.

26

DEFENDANTS' MOTION FOR ENTRY
OF FINAL ORDER PURSUANT TO
FRCP 65(A)(2) -- NO. 3:23-CV-06111-
TMC

2

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington Street SE, PO Box 40110
Olympia, WA 98504-0110
(360) 753-2702

**<u>Word Count Certification</u>**

I certify that this memorandum contains 515 words, in compliance with the Local Civil Rules.

DATED this 11th day of January, 2024.

ROBERT W. FERGUSON
Attorney General

JONATHAN PITEL, WSBA #47516
*Assistant Attorney General*
PENNY L. ALLEN, WSBA #18821
*Senior Counsel*
SAMANTHA HELLWIG, WSBA #50634
*Assistant Attorney General*
Counsel for Defendants
1125 Washington St SE
Olympia, WA 98504-0110
Phone: (360) 753-2702
E-mail: Jonathan.Pitel@atg.wa.gov
        PennyL.Allen@atg.wa.gov
        Samantha.hellwig@atg.wa.gov
        LALOlyEF@atg.wa.gov

DEFENDANTS' MOTION FOR ENTRY
OF FINAL ORDER PURSUANT TO
FRCP 65(A)(2) -- NO. 3:23-CV-06111-
TMC

3

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington Street SE, PO Box 40110
Olympia, WA 98504-0110
(360) 753-2702

1

**CERTIFICATE OF SERVICE**

2

3        I, Jonathan E. Pitel, hereby certify that on December 11, 2023, I caused the foregoing

4    **DEFENDANTS' MOTION FOR ENTRY OF FINAL ORDER PURSUANT TO FRCP**

5    **65(A)(2)** to be served upon the below listed counsel for Plaintiff:

6    Via CM/ECF portal:

7        Jimmy Garg
         300 Lenora Street #1063
8        Seattle, WA 98121

9        Jeffery M. Jensen
         9903 Santa Monica Blvd #890
10       Beverly Hills, CA 90212

11       I certify under penalty of perjury under the laws of the state of Washington that the

12   foregoing is true and correct.

13       DATED this 11th day of December 2023, at Olympia, WA.

14

15

16                                              _____
                                                JONATHAN E. PITEL, WSBA # 47516
17                                              Assistant Attorney General

18

19

20

21

22

23

24

25

26