Hon. Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PERIDOT TREE WA, INC., | Civil No. 3:23-cv-06111-GJL |
| Plaintiff, | PRELIMINARY INJUNCTION APPEAL |
| v. | |
| WASHINGTON STATE LIQUOR AND CANNABIS BOARD AND WILLIAM LUKELA, in his capacity as director of Washington State Liquor and Cannabis Board | |
| Defendants. | |

Notice is hereby given that plaintiff Peridot Tree WA, Inc. hereby appeals to the Unites States District Court for the Ninth Circuit from the Western District of Washington's Order Denying Motion for Preliminary Injunction entered on January 5, 2024 ad docket number 33.  This case was first filed in the Western District of Washington on December 4, 2023.  See Attachment 6.

This appeal raises an issue related to an appeal currently pending before the Ninth Circuit and fully briefed, argued, and submitted in *Peridot Tree, Inc., et al v. City of Sacramento, et al,* 0:22-cv-16783.

NOTICE OF APPEAL
Civ. No. 3:23-cv-06111-GJL

1

**Jimmy Garg, PLLC**
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790

1 | DATED this January 11, 2024    JEFFREY M. JENSEN

2

3                                                By:   */s/ Jeffrey M. Jensen*

4                                                      Jeffrey M. Jensen (CA SBN 262710)

                                                           (pro hac vice)

5                                                      9903 Santa Monica Blvd. #890

                                                     Beverly Hills, CA 90212

6                                                      (310) 909-7043

                                                     jeff@jensen2.com

7                                                      Lead Counsel

8

9                                                      JIMMY GARG, PLLC

                                                     Jimmy Garg (WSBA 49049)

10                                                 300 Lenora Street #1063

                                                     Seattle, WA 98121

11                                                 (206) 580-3790

                                                     jimmy@jimmygarg.com

12                                                 Local Counsel

13                                                 *Attorneys for plaintiff Peridot Tree WA, Inc.*

14

15 .

16

17 .

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEAL            2            **Jimmy Garg, PLLC**
Civ. No. 3:23-cv-06111-GJL            300 Lenora Street #1063
                                                                     Seattle, WA 98121
                                                                    Phone: 206-580-3790

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | Western District of Washington |

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: | 3:23-cv-06111-GJL |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 12/04/2023 |

Date of judgment or order you are appealing: | 01/05/2024 |

Docket entry number of judgment or order you are appealing: | 33 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Peridot Tree WA, Inc.

Is this a cross-appeal?   ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ○ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s Jeffrey M. Jensen |   **Date** | Jan 11, 2024 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** (List **each** party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:

Peridot Tree WA, Inc.

Name(s) of counsel (if any):

Jeffrey M. Jensen, Esq. (lead counsel).
Jimmy Garg, Esq., Esq. (local counsel).

Address: 9903 Santa Monica Blvd Ste 890, Beverly Hills, CA 90212

Telephone number(s): (310) 909-7043

Email(s): jeff@jensen2.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:

Washington State Liquor and Cannabis Board
William Lukela

Name(s) of counsel (if any):

JONATHAN PITEL, Esq.
PENNY L. ALLEN, Esq.

Address: 1125 Washington Street SE, Olympia, WA 98504-0110

Telephone number(s): (360) 753-2702

Email(s): Jonathan.Pitel@atg.wa.gov; PennyL.Allen@atg.wa.gov; LALOlyEF@a

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                        1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         2                                         *New 12/01/2018*