Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERIDOT TREE WA, INC., <br><br> Plaintiff, <br> v. <br><br> WASHINGTON STATE LIQUOR AND CANNABIS BOARD AND WILLIAM LUKELA, in his capacity as director of Washington State Liquor and Cannabis Board <br><br> Defendants. | Civil No. 3:23-cv-06111-GJL <br><br> PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR ENTRY OF FINAL ORDER PURSUANT TO FRCP 65(A)(2) <br><br> Note on Motion Calendar: 1/26/2024 <br> Without oral argument |

Plaintiff opposes Defendants' Motion for Entry of Final Order Pursuant to FRCP 65(A)(2). There is no reason for the Court to enter a final order in this case. Plaintiff appealed the Court's denial of a preliminary injunction on January 11, 2024. Plaintiff's opening brief is due February 9; Defendants' answering brief is due on March 8, and Plaintiff's reply is due 21 days after Defendants serve the answering brief.

Plaintiff will present to the Court whether the dormant Commerce Clause applies to state-legal cannabis, which is the entire basis for Defendants moving for a final order. Defendants' argument that the Court should issue a final order because "a final order would permit Plaintiff to pursue review in the Ninth Circuit Court of Appeals, if they so choose" is irrelevant because the matter is already on appeal.

The case should proceed in this Court while the preliminary injunction order is on appeal so the parties can develop the facts. The Court denied injunctive relief based in part on

PLAINTIFF'S OPPOSITION
TO FINAL ORDER
Civ. No. 3:23-cv-06111-GJL

1

Jimmy Garg, PLLC
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790

1  Defendants' representation that applicants have spent money while relying on a forthcoming
2  cannabis license.  The Court also denied injunctive relief based in part on Defendants'
3  representation that Plaintiff's application would not score high enough to receive a license.
4  Plaintiff wishes to obtain discovery on those issues any other facts upon which Defendants will
5  rely if the Ninth Circuit concludes the dormant Commerce Clause applies to cannabis.

7  DATED this January 18, 2024         JEFFREY M. JENSEN

                                 By:  */s/ Jeffrey M. Jensen*
                                      Jeffrey M. Jensen (CA SBN 262710)
                                      (pro hac vice)
                                      9903 Santa Monica Blvd. #890
                                      Beverly Hills, CA 90212
                                      (310) 909-7043
                                      Lead Counsel

                                      Jimmy Garg (WSBA 49049)
                                      300 Lenora Street #1063
                                      Seattle, WA 98121
                                      (206) 580-3790
                                      Local Counsel

                                      *Attorneys for plaintiff Peridot Tree WA, Inc.*

PLAINTIFF'S OPPOSITION
TO FINAL ORDER
Civ. No. 3:23-cv-06111-GJL

2

**Jimmy Garg, PLLC**
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790

## WORD COUNT CERTIFICATION

I certify that this memorandum contains 233 words, in compliance with the Local Civil Rules.

DATED this January 18, 2024        JEFFREY M. JENSEN


By:  */s/ Jeffrey M. Jensen*
Jeffrey M. Jensen (CA SBN 262710)
(pro hac vice)
9903 Santa Monica Blvd. #890
Beverly Hills, CA 90212
(310) 909-7043
Lead Counsel

Jimmy Garg (WSBA 49049)
300 Lenora Street #1063
Seattle, WA 98121
(206) 580-3790
Local Counsel

*Attorneys for plaintiff Peridot Tree WA, Inc.*

.

PLAINTIFF'S OPPOSITION
TO FINAL ORDER
Civ. No. 3:23-cv-06111-GJL

3

**Jimmy Garg, PLLC**
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790