# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| PERIDOT TREE WA INC<br><br>                   Plaintiff,<br>   v.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS CONTROL BOARD; WILLIAM LUKELA<br><br>                 Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:23-cv-06111-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    Defendants' motion to dismiss (Dkt. 43) is GRANTED. All claims are DISMISSED with prejudice.

    Dated May 31, 2024.

                                                Ravi Subramanian
                                                Clerk of Court

                                                */s/Tajma Eaton*
                                                Deputy Clerk