Hon. Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PERIDOT TREE WA, INC., <br><br>Plaintiff,<br>v.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD AND WILLIAM LUKELA, in his capacity as director of Washington State Liquor and Cannabis Board<br><br>Defendants. | Civil No. 3:23-cv-06111-GJL<br><br>NOTICE OF APPEAL OF ORDER GRANTING MOTION TO DISMISS AND JUDGMENT |

Notice is hereby given that plaintiff Peridot Tree WA, Inc. hereby appeals to the Unites States District Court for the Ninth Circuit from the Western District of Washington's Order Granting Defendants' Motion to Dismiss, entered on May 31, 2024 as docket number 51, and Judgment, entered on May 31, 2024 as docket number 52.  This case was first filed in the Western District of Washington on December 4, 2023.  See Attachment 6.

This appeal raises an issue related to an appeal currently pending before the Ninth Circuit and fully briefed in the same case, under Ninth Circuit number 24-209.

NOTICE OF APPEAL
Civ. No. 3:23-cv-06111-GJL

1

**Jimmy Garg, PLLC**
300 Lenora Street #1063
Seattle, WA 98121
Phone: 206-580-3790

1  DATED this June 2, 2024        JEFFREY M. JENSEN

2

3                                  By:  */s/ Jeffrey M. Jensen*
4                                       Jeffrey M. Jensen (CA SBN 262710)
                                        (pro hac vice)
5                                       9903 Santa Monica Blvd. #890
                                        Beverly Hills, CA 90212
6                                       (310) 909-7043
                                        jeff@jensen2.com
7                                       Lead Counsel

8                                       JIMMY GARG, PLLC
9                                       Jimmy Garg (WSBA 49049)
                                        300 Lenora Street #1063
10                                      Seattle, WA 98121
                                        (206) 580-3790
11                                      jimmy@jimmygarg.com
                                        Local Counsel
12

13                                      *Attorneys for plaintiff Peridot Tree WA, Inc.*

14

15        .

16

17        .

18

19

20

21

22

23

24

25

26

27

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | Western District of Washington |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 3:23-cv-06111-GJL |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 12/04/2023 |

Date of judgment or order you are appealing: | 05/31/2024 |

Docket entry number of judgment or order you are appealing: | 51, 52 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Peridot Tree WA, Inc.

Is this a cross-appeal? ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ⦿ Yes   ○ No

If yes, what is the prior appeal case number? | 24-209 |

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s Jeffrey M. Jensen |   **Date** | Jun 2, 2024 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Peridot Tree WA, Inc.

Name(s) of counsel (if any):

Jeffrey M. Jensen, Esq. (lead counsel).
Jimmy Garg, Esq., Esq. (local counsel).

Address: 9903 Santa Monica Blvd Ste 890, Beverly Hills, CA 90212

Telephone number(s): (310) 909-7043

Email(s): jeff@jensen2.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Washington State Liquor and Cannabis Board
William Lukela

Name(s) of counsel (if any):

JONATHAN PITEL, Esq.
PENNY L. ALLEN, Esq.

Address: 1125 Washington Street SE, Olympia, WA 98504-0110

Telephone number(s): (360) 753-2702

Email(s): Jonathan.Pitel@atg.wa.gov; PennyL.Allen@atg.wa.gov; LALOlyEF@a

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*