UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PERIDOT TREE WA, INC., | No. 24-209 |
| Plaintiff - Appellant, | D.C. No. 3:23-cv-06111-TMC |
| v. | Western District of Washington, Tacoma |
| WASHINGTON STATE LIQUOR AND CANNABIS CONTROL BOARD and WILLIAM LUKELA, in his legal capacity as Director of Washington State Liquor and Cannabis Board, | MANDATE |
| Defendants - Appellees. | |

The judgment of this Court, entered June 21, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT